DOJ
2-3-18

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America

v.

Eugene Strong, Jr.

No. 18-108MJ

CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**Count 1**: On or about February 3, 2018, in the District of Arizona, defendant Eugene Strong, Jr., by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Arizona Federal Credit Union, located at 2650 W Ross Drive in Phoenix, Arizona, the deposits of which were then federally insured by the National Credit Union Administration (NCUA) and in the commission of the offense, assaulted a person and put in jeopardy the life of a person by the use of a dangerous weapon or device, that is, a handgun, in violation of Title 18 U.S.C. §§ 2113(a) and (d).

**Count 2**: On or about February 3, 2018, in the District of Arizona, defendant Eugene Strong, Jr., did knowingly use, carry and brandish a firearm, that is a handgun, during and in relation to a crime of violence and did knowingly possess and brandish a firearm in furtherance of a crime violence, that is, Armed Bank Robbery as alleged in Count 1, a felony prosecutable in a Court of the United States in violation of Title 18 U.S.C. § 924(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Gayle J. Helart (on)
AUTHORIZED BY: Robert I. Brooks, AUSA

_Signature of Complainant_

telephonically
Sworn to before me and signed in my presence.
Date: Feb 3, 2018 @ 6:19 pm

Christopher Maffei, Special Agent, FBI
Printed Name and title

_Judge's Signature_

City and State:   Phoenix, Arizona

Honorable Michelle H. Burns
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Christopher Maffei, being duly sworn, deposes and says, to wit:

I am a Special Agent with the Federal Bureau of Investigation's (FBI) Violent Crimes Unit and the Bank Robbery Task Force. I have been appointed as a Special Agent since June 2015. Prior to June 2015, I was a sworn Deputy Sheriff with the Hillsborough County Sheriff's Office in Tampa, Florida. I acted in that position from 2008 until my appointment with the FBI in 2015. During that time, I conducted numerous investigations involving burglary, home invasion robbery, grand theft, auto theft, and organized crime. In that position, I was the affiant for numerous warrants, hundreds of arrests, and have testified numerous time in the 13th Judicial Circuit of Florida. I am familiar with federal laws including 18 U.S.C. §§ 2113(a) and (d) (armed bank robbery) and 1951(a) (Hobbs Act robberies). I have been involved in several federal bank robbery investigations, and have been the assigned case agent in some, since my arrival at the Phoenix FBI office in June 2015. I am the assigned case agent for this case involving an unknown suspect in 4 bank robberies, with the most recently occurring on August 25, 2016.

On February 3, 2018 at approximately 12:27 p.m., an unknown robber entered the Arizona Federal Credit Union, located at 2650 W Ross Drive in Phoenix, Arizona. This credit union is federally insured through the National Credit Union Association (NCUA). Upon entering, the suspect displayed a handgun and verbally announced "this is a robbery" and "give me all the fucking money." The robber then went behind the teller counter and approached the first victim teller, who advised that they had no money. The

robber then approached the second victim teller and appeared to shove them with his shoulder. The robber demanded money and the victim teller complied, placing it into a bank bag brought in by the robber. The robber then approached the third victim teller and before getting there, the robber fired one round into the ceiling. The robber then obtained money from the third teller, before fleeing the scene on foot.

The robber was described as black male, skinny build, wearing light colored gray hooded sweatshirt with the hood up, a black mask covering his face, dark pants, and white over black tennis shoes. Surveillance video captured the robbery, and depicted a similar robber description. During the course of the robbery, the robber was provided with a GPS tracking device that was hidden within the U.S. currency.

Shortly afterwards, the GPS tracking device activated and alerted law enforcement of its location. Law enforcement was able to locate a vehicle and was able to determine it had the tracking device based on its movement, speed, and change of direction. As law enforcement closed in on the vehicle, the vehicle stopped in the 3200 block of 32nd Avenue in Phoenix and the driver fled on foot. After a short foot pursuit, the driver was taken into custody. A search incident to arrest revealed that the driver had a Bank of America bank bag concealed inside his jean pants. Investigators checked the current location of the GPS device, and were advised that it was stationary at the same location where the driver was taken into custody. Investigators then opened the bank bag to deactivate the tracking device so that it would no longer transmit to law enforcement and observed numerous loose bills inside. While sitting in the police car, the driver, identified

as Eugene STRONG JR., summoned your Affiant. STRONG JR. then stated "that girl didn't have anything to do with it, I know people might have seen me get in the passenger side of the car, but I jumped into the driver seat. She had nothing to do with it."

Your Affiant then observed the suspect vehicle, a 2001 Jaguar bearing Arizona license plate CDY4000 and VIN SAJDA01N62FM30593. The vehicle was parked in the street with one tire in the grass. All of the doors were open after law enforcement cleared it and removed one passenger (later determined to have no involvement in the robbery). In plain view, your Affiant was able to observe a black Sig Saur handgun on the front passenger sear of the vehicle. A records check revealed that the vehicle was registered to STRONG JR.

Your Affiant conducted an interview with STRONG JR., after he was provided with his Miranda warnings. STRONG JR. advised that he understood his rights and was willing to speak without an attorney present. STRONG JR. stated that he robbed the credit union because he was tired of being homeless and having no money. He advised that he entered the bank for one purpose and that was to "get what was in the bag, money." When asked why he fired one round into the ceiling, he stated that "the second teller didn't seem intimidated, so I wanted to make sure no one did anything." STRONG JR. then discussed himself getting back into the vehicle after the robbery and driving away. At some point he noticed law enforcement was behind him and he attempted to flee on foot. After a short time, he gave up running and was arrested.

Your Affiant also observed that the clothing worn by STRONG JR. matched the clothing depicted on the surveillance video. Specifically, his black jeans and his white over black Air Jordan tennis shoes.

Based on the above listed facts, your Affiant believes that there is probable cause to charge Eugene STRONG JR. with one count of Title 18 U.S.C. §§ 2113 (a) and (d) (Armed Bank Robbery) and one count of Title 18 U.S.C. § 924(c) (Brandishing, Displaying, or Discharging a Firearm During a Crime of Violence).

Respectfully submitted,

SPECIAL AGENT CHRISTOPHER MAFFEI
Federal Bureau of Investigation

Subscribed and sworn telephonically to me this 3rd of February, 2018 @ 6:19 pm

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge